FILED

2012 SEP 13 PM 12:00

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NICOLLE MOREA,

        Plaintiff,

vs.   Case No. 3:12-cv-130-J-99TJC-TEM

MIKE BEARDSLEY ENTERPRISES,
INC., et al.,

        Defendants.

## ORDER

This case is before the Court on the Magistrate Judge's June 25, 2012 Report and Recommendation (Doc. 16). Upon independent <u>de novo</u> review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement (Doc. 10) is **GRANTED** to the extent that the settlement amount and attorney fees and costs are approved, but is **DENIED** to the extent that the Court declines to approve the other terms of the settlement agreement.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of September, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record